OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

2120 U.S. COURTHOUSE
100 STATE STREET
ROCHESTER, NEW YORK 14614-1387
(585) 613-4000 ★ FAX (585) 613-4035
http://www.nywd.uscourts.gov

**MICHAEL J. ROEMER**
CLERK OF COURT

**JEANNE M. SPAMPATA**
CHIEF DEPUTY CLERK

# Memorandum



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 02 2015
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**TO:** NEW YORK NORTHERN

**FROM:** NEW YORK WESTERN

**SUBJECT:** TRANSFER CASE

**DATE:** 3/31/2015

Enclosed is a signed document for a case that has been transferred to your court. Your case number is 14-CV-1375.

Thank-you.

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

**MICHAEL J. ROEMER**
CLERK OF COURT

2120 U.S. COURTHOUSE
100 STATE STREET
ROCHESTER, NEW YORK 14614-1387
(585) 613-4000 ★ FAX (585) 613-4035
http://www.nywd.uscourts.gov

**JEANNE M. SPAMPATA**
CHIEF DEPUTY CLERK

# Memorandum

**TO:** Joseph O'Hara

**FROM:** Clerks Office

**SUBJECT:** Signed Form

**DATE:** 10/20/2014

Please be advised that you must provide a signed original form when ever you submit documents to the Court. Your answer has been docketed - here is a copy of the last page, please sign and return.

*[Handwritten note:] Sorry for the delay in getting this back to you. It just got picked up during a unit shakedown several months ago — and I just retrieved it. J. O'Hara 2/27/15*

COUNTER-CLAIMS. Defendant reserves the right to assert appropriate counter-claims against NXIVM and its attorneys - including, but not necessarily limited to, the following: frivolous lawsuit, harassment, disparagement, libel, and any other such counter-claims as may be revealed to be relevant hereafter.

In this regard, without limiting the generality of the foregoing, Defendant specifically reserves the right to assert a civil RICO counter-claim against NXIVM and its leaders, Keith A. Raniere a/k/a Vanguard and Nancy Salzman a/k/a Prefect, and other associated individuals and entities that have been involved in NXIVM's ongoing criminal enterprise.

Joseph J. O'Hara

Joseph J. O'Hara
Reg. No. 18681-052
c/o Metropolitan Detention Center
P.O. Box 329002
Brooklyn NY 11232-9002

NEW YORK NY 100
03 MAR 2015 PM 7 L

Michael J. Roemer
Clerk Of Court
U.S. District Court For
The Western District of NY
2120 U.S. Courthouse
100 State Street
Rochester NY 14614-1387



MAR -9 2015



CASREF,CLOSED_2014

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
## CIVIL DOCKET FOR CASE #: 6:13-cv-06577-MAT-JWF

NXIVM Corporation v. Foley et al
Assigned to: Hon. Michael A. Telesca
Referred to: Hon. Jonathan W. Feldman
Demand: $1,000,000
Case in other court: Northern District of New York,
                    14-CV-1375
Cause: 28:1391 Personal Injury

Date Filed: 10/22/2013
Date Terminated: 11/18/2014
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

### Plaintiff

**NXIVM Corporation**              represented by  **Laura A. Myers**
                                                    The Wolford Law Firm LLP
                                                    600 Reynolds Arcade Building
                                                    16 East Main Street
                                                    Rochester, NY 14614
                                                    Email: lmyers@wolfordfirm.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Michael R. Wolford**
                                                    The Wolford Law Firm LLP
                                                    16 East Main Street
                                                    600 Reynolds Arcade Building
                                                    Rochester, NY 14614
                                                    585-325-8008
                                                    Fax: 585-325-8009
                                                    Email: mwolford@wolfordfirm.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Pamela A. Nichols**
                                                    O'Connell & Aronowitz, P.C.
                                                    54 State Street
                                                    Albany, NY 12207-1885
                                                    (518) 462-5601
                                                    Fax: (518) 462-2670
                                                    Email: pnichols@oalaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

Toni Foley      represented by **Eugene Grenz**
113 Great Oaks Boulevard
Albany, NY 12203
518-464-1700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Joseph O'Hara      represented by **Joseph O'Hara**
MDC Brooklyn
Metropolitan Detention Center
PO Box 329002
Brooklyn, NY 11232
*PRO SE*

**Defendant**

John Tighe      represented by **Donald P. Ford , Jr.**
Thuillez Ford Gold Johnson & Butler, LLP
20 Corporate Woods Blvd.
6th Floor
Albany, NY 12211
518-455-9952
Fax: 518-462-4031
Email: dford@thuillezford.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Suzanna Andrews      represented by **Michael J. Grygiel**
Greenberg Traurig, LLP
54 State Street
6th Floor
Albany, NY 12207
518-689-1406
Fax: 518-677-1861
Email: grygielm@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| James Odato | represented by | **David A. Schulz**<br>Levine Sullivan Koch & Schulz, LLP<br>321 W. 44 Street<br>Suite 1000<br>New York, NY 10036<br>212-850-6100<br>Fax: 212-850-6299<br>Email: dschulz@lskslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**John Does 1-59**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2013 | 1 | COMPLAINT against Suzanna Andrews, John Does 1-59, Toni Foley, Joseph O'Hara, James Odato, John Tighe, filed by NXIVM Corporation.(BK) (Entered: 10/23/2013) |
| 10/22/2013 | 2 | MOTION to Seal Case by NXIVM Corporation.(BK) (Entered: 10/23/2013) |
| 10/22/2013 | 3 | CORPORATE DISCLOSURE STATEMENT by NXIVM Corporation. (BK) (Entered: 10/23/2013) |
| 10/28/2013 | 4 | ORDER granting 2 Motion to Seal Case. Signed by Hon. Michael A. Telesca on 10/28/2013. (BK) (Entered: 10/29/2013) |
| 01/31/2014 | 5 | MOTION for Extension of Time to File by NXIVM Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(BK) (Additional attachment(s) added on 2/18/2014: # 5 Exhibit E) (BK). (Additional attachment(s) added on 2/18/2014: # 6 Exhibit E) (BK). (Entered: 02/04/2014) |
| 02/12/2014 | 6 | ORDER granting 5 Motion for Extension of Time to Serve Summons and Complaint for 180 days from the date of this Order. Signed by Hon. Michael A. Telesca on 2/12/14. (JHF) (Entered: 02/12/2014) |
| 08/08/2014 | 7 | MOTION for Extension of Time to File by NXIVM Corporation.(BK) (Entered: 08/12/2014) |
| 08/08/2014 | 8 | AFFIDAVIT in Support re 7 MOTION for Extension of Time to File filed by NXIVM Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(BK) (Entered: 08/12/2014) |
| 08/11/2014 | 14 | NOTICE of Appearance Donald P. ford for John Tighe. (BK) (Entered: 08/13/2014) |
| 08/12/2014 | 9 | ORDER granting 7 Plaintiff's Motion for Extension of Time to serve its summons and complaint on defendant Joseph O'Hara and to unseal the |

| | | |
|---|---|---|
| | | pleadings in this case in its entirety. Plaintiff's deadline to serve Joseph O'Hara is extended to September 10, 2014 and all motion papers and pleadings in this case are to be unsealed. (Clerk to follow up.) Signed by Hon. Michael A. Telesca on 8/12/14. (JMC) (Entered: 08/12/2014) |
| 08/13/2014 | 10 | AFFIDAVIT of Service for Summons and Complaint served on Toni Foley on 7/28/2014, filed by NXIVM Corporation. (Myers, Laura) (Entered: 08/13/2014) |
| 08/13/2014 | 11 | AFFIDAVIT of Service for Summons and Complaint served on John Tighe on 7/30/14, filed by NXIVM Corporation. (Myers, Laura) (Entered: 08/13/2014) |
| 08/13/2014 | 12 | AFFIDAVIT of Service for Summons and Complaint served on Suzanna Andrews on 7/31/2014, filed by NXIVM Corporation. (Myers, Laura) (Entered: 08/13/2014) |
| 08/13/2014 | 13 | AFFIDAVIT of Service for Summons and Complaint served on James Odato on 8/2/2014, filed by NXIVM Corporation. (Myers, Laura) (Entered: 08/13/2014) |
| 08/21/2014 | 15 | ORDER granting request for an extension of time until September 30, 2014 for defendant to answer or otherwise respond to the complaint. Signed by Hon. Michael A. Telesca on 8/21/14. (JMC) (Entered: 08/21/2014) |
| 08/22/2014 | 16 | NOTICE of Appearance by David A. Schulz on behalf of James Odato (Schulz, David) (Entered: 08/22/2014) |
| 09/03/2014 | 17 | AFFIDAVIT of Service for Summons and Complaint served on Joseph O'Hara on August 22, 2014, filed by NXIVM Corporation. (Myers, Laura) (Entered: 09/03/2014) |
| 09/04/2014 | 18 | ORDER granting defendant John Tighe's request for an extension of time until September 30, 2014 to answer or otherwise respond to the complaint. Signed by Hon. Michael A. Telesca on 9/3/14. (JMC) (Entered: 09/04/2014) |
| 09/05/2014 | 19 | MOTION for Extension of Time to File Answer by Joseph O'Hara.(BK) (Entered: 09/08/2014) |
| 09/30/2014 | 20 | ANSWER to 1 Complaint by John Tighe.(Ford, Donald) (Entered: 09/30/2014) |
| 09/30/2014 | 21 | CERTIFICATE OF SERVICE by John Tighe re 20 Answer to Complaint (Ford, Donald) (Entered: 09/30/2014) |
| 09/30/2014 | 22 | Joint MOTION to Change Venue by Suzanna Andrews, James Odato. (Attachments: # 1 Affidavit Suzanna Andrews with Ex. A, # 2 Affidavit Michael Grygiel with Exs. A-F, # 3 Memorandum in Support)(Grygiel, Michael) (Entered: 09/30/2014) |
| 09/30/2014 | 23 | DECLARATION signed by David A. Schulz re 22 Joint MOTION to Change Venue filed by James Odato filed by James Odato. (Schulz, David) (Entered: 09/30/2014) |
| 09/30/2014 | 24 | DECLARATION signed by James Odato re 22 Joint MOTION to Change Venue filed by James Odato filed by James Odato. (Schulz, David) (Entered: |

| | | |
|---|---|---|
| | | 09/30/2014) |
| 09/30/2014 | 25 | **PLEASE NOTE THAT MOTION HAS BEEN REFILED WITH CORRECT ATTACHMENTS. PLEASE DISREGARD THIS DOCUMENT NUMBER **MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by James Odato. (Attachments: # 1 Memorandum in Support, # 2 Affidavit of David. A Schulz in Support of Motion to Dismiss, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J)(Schulz, David) Modified on 10/1/2014 (JMM). (Entered: 09/30/2014) |
| 09/30/2014 | 26 | CERTIFICATE OF SERVICE by Suzanna Andrews re 22 Joint MOTION to Change Venue (Grygiel, Michael) (Entered: 09/30/2014) |
| 09/30/2014 | 27 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Suzanna Andrews. (Attachments: # 1 Memorandum in Support)(Grygiel, Michael) (Entered: 09/30/2014) |
| 09/30/2014 | 28 | CERTIFICATE OF SERVICE by Suzanna Andrews re 27 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Grygiel, Michael) (Entered: 09/30/2014) |
| 09/30/2014 | 29 | CERTIFICATE OF SERVICE by James Odato re 23 Declaration, 24 Declaration (Schulz, David) (Entered: 09/30/2014) |
| 09/30/2014 | 30 | CERTIFICATE OF SERVICE by James Odato re 25 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Schulz, David) (Entered: 09/30/2014) |
| 10/01/2014 | | E-Filing Notification regarding 25 MOTION TO DISMISS - Filer attached items to this motion in error. All attachments to this entry have been deleted and filer is directed to refile entire motion and correct attachments. (JMM) (Entered: 10/01/2014) |
| 10/01/2014 | 31 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by James Odato. (Attachments: # 1 Memorandum in Support, # 2 Affidavit of David A. Schulz, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J)(Schulz, David) (Entered: 10/01/2014) |
| 10/01/2014 | 32 | CERTIFICATE OF SERVICE by James Odato re 31 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Schulz, David) (Entered: 10/01/2014) |
| 10/02/2014 | 33 | ORDER REFERRING CASE to Magistrate Judge Hon. Jonathan W. Feldman. Signed by Hon. Michael A. Telesca on 10/2/14. (JMC) (Entered: 10/02/2014) |
| 10/02/2014 | | NOTICE: Set/Reset Deadlines as to 19 MOTION for Extension of Time to File Answer, 22 Joint MOTION to Change Venue , 31 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 27 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . Motions will be submitted without oral argument on 10/30/2014 before Hon. Michael A. Telesca. No court appearances are required. |

| | | |
|---|---|---|
| | | (JMC) (Entered: 10/02/2014) |
| 10/06/2014 | 34 | STATUS REPORT *requesting time extension* by NXIVM Corporation. (Wolford, Michael) (Entered: 10/06/2014) |
| 10/06/2014 | 35 | ANSWER to 1 Complaint by Toni Foley.(BK) (Entered: 10/08/2014) |
| 10/06/2014 | 36 | MOTION to Change Venue by Toni Foley.(BK) (Entered: 10/08/2014) |
| 10/09/2014 | 37 | NOTICE AND ORDER: Responses due by 11/14/2014; Replies due by 12/5/2014; and Motions will be submitted without oral argument on 12/11/2014 before Hon. Michael A. Telesca. Signed by Hon. Michael A. Telesca on 10/9/14. (JMC) (Entered: 10/09/2014) |
| 10/09/2014 | 41 | ANSWER to 1 Complaint by Joseph O'Hara.(BK) (Entered: 10/16/2014) |
| 10/10/2014 | 38 | MOTION to Change Venue by John Tighe. (Attachments: # 1 Affidavit of Donald P. Ford, Jr., # 2 Affidavit of JohnTighe, with attachment, # 3 Memorandum in Support)(Ford, Donald) (Entered: 10/10/2014) |
| 10/10/2014 | 39 | CERTIFICATE OF SERVICE by John Tighe re 38 MOTION to Change Venue (Ford, Donald) (Entered: 10/10/2014) |
| 10/14/2014 | 40 | CERTIFICATE OF SERVICE by Suzanna Andrews re 26 Certificate of Service, 22 Joint MOTION to Change Venue *Served again with additional addressee information* (Grygiel, Michael) (Entered: 10/14/2014) |
| 10/17/2014 | 42 | ORDER granting Plaintiff an extension of time to file. Signed by Hon. Michael A. Telesca on 10/16/2014. (BK) (Entered: 10/17/2014) |
| 11/10/2014 | 43 | -CLERK TO FOLLOW UP- ORDER granting 36 Motion to Change Venue; granting 38 Motion to Change Venue; finding as moot 19 Motion for Extension of Time to Answer ; finding as moot 22 Motion to Change Venue; finding as moot 27 Motion to Dismiss for Failure to State a Claim; finding as moot 31 Motion to Dismiss for Failure to State a Claim. (Clerk to transfer case to Northern District of New York.) Signed by Hon. Michael A. Telesca on 11/10/14. (JMC) (Entered: 11/10/2014) |
| 11/12/2014 | 44 | ORDER clarifying Order dated November 10, 2014. Signed by Hon. Michael A. Telesca on 11/12/14. (JMC) (Entered: 11/12/2014) |
| 11/12/2014 | | This case has been electronically transferred to the Northern District of New York. (BK) (Entered: 11/13/2014) |

U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
ROCHESTER, NY 14614-1387
OFFICIAL BUSINESS


RECEIVED
APR 02 2015
U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK

NORTHERN DISTRICT OF NY
JAMES M HANLEY FEDERAL BLDG
100 S CLINTON STREET
SYRACUSE NY 13261

Hasler
03/31/2015
US POSTAGE $01.19
FIRST-CLASS MAIL

ZIP 14614
011D11647294